R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
Laura M. Chavkin, No. 228724
TRUCKER ö HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: lchavkin@truckerhuss.com

Attorneys for Plaintiff
TRUDY G. HEMPHILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>          Plaintiff,<br><br>     vs.<br><br>PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(K) PROFIT SHARING PLAN; NORIO TAKAYAMA; NORIO TAKAYAMA, M.D., INC.<br><br>          Defendants | Case No. 1:05-CV-01319-REC-SMS<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND FOR SERVICE BY DELIVERY TO SECRETARY OF STATE** |

[PROPOSED] ORDER GRANTING EX PARTE APP. FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND FOR SERVICE BY DELIVERY TO SECRETARY OF STATE; No. 05-01319-REC-SMS

#755462

1

PDF created with pdfFactory trial version www.pdffactory.com

The Ex Parte Application of Plaintiff Trudy G. Hemphill ("Plaintiff" or "Ms. Hemphill") for a ninety day extension of the time in which Plaintiff may effect service on Defendants Personal Representative of the Estate of James J. Ryskamp, Jr. ("Personal Representative"), James J. Ryskamp, Jr., M.D. Inc. ("Ryskamp Inc."), James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan ("Ryskamp Plan"), and Ryskamp-Takayama 401(k) Profit Sharing Plan ("R-T Plan") is GRANTED. Plaintiff has shown good cause pursuant to Federal Rule of Civil Procedure 4(m) that an extension of time is needed to effect service upon Defendants Personal Representative, Ryskamp Inc., Ryskamp Plan, and R-T Plan. The court finds that Plaintiff has exhibited good cause in the delay for service of process because the Personal Representative has not yet been appointed by the state probate court and additional time may be required to effect service of process of Ryskamp Inc. through the California Secretary of State as ordered herein.

Plaintiff's request for an order directing that service be made on Ryskamp Inc. by personal delivery to the California Secretary of State, or to any person employed in the California Secretary of State's office in the capacity of assistant or deputy secretary, of the summons and complaint in the above-entitled action, together with this order, is hereby GRANTED. The Court finds that Plaintiff has used reasonable diligence as required by Federal Rule of Civil Procedure 4(h) and California Code of Civil Procedure § 416.20, in her attempts to serve Ryskamp Inc.. Plaintiff engaged in a thorough, systematic investigation and an inquiry conducted in good faith. *Vorburg v. Vorburg*, 18 Cal. 2d 794, 797 (1941); *Stern v. Judson*, 163 Cal. 726, 736 (1912); *Rue v. Quinn*, 137 Cal. 651, 657 (1902). The Court holds that Plaintiff may serve Ryskamp Inc. through the procedure provided for in California Corporations Code Section 1702(a). Service may be made on Ryskamp Inc. by personal delivery to the California Secretary of State, or to any person employed in the California Secretary of State's office in the capacity of assistant or deputy secretary, of the summons and First Amended Complaint in the above-entitled action, together with this order.

IT IS SO ORDERED.

DATED: 2/23/2006

/s/ Sandra M. Snyder
Honorable Sandra M. Snyder
United States Magistrate Judge

[PROPOSED] ORDER GRANTING EX PARTE APP. FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND FOR SERVICE BY DELIVERY TO SECRETARY OF STATE; No. 05-01319-REC-SMS
#755462

2

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Trucker ö Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California  94104

[PROPOSED] ORDER GRANTING EX PARTE APP. FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND FOR SERVICE BY DELIVERY TO SECRETARY OF STATE; No. 05-01319-REC-SMS

3

#755462

PDF created with pdfFactory trial version www.pdffactory.com