R. Bradford Huss, SBN 71303

Robert F. Schwartz, SBN 227327

Clarissa A. Kang, SBN 210660

TRUCKER ö HUSS

A Professional Corporation

120 Montgomery Street, 23rd Floor

San Francisco, California 94104

Telephone: (415) 788-3111

Facsimile: (415) 421-2017

E-mail: ckang@truckerhuss.com

Attorneys for Plaintiff

Trudy G. Hemphill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(K) PROFIT SHARING PLAN; NORIO TAKAYAMA; NORIO TAKAYAMA, M.D., INC.<br><br>　　　　　　　Defendants. | Case No. 1:05-CV-01319-REC-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORIO TAKAYAMA AND NORIO TAKAYAMA, M.D., INC.** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Trudy G. Hemphill voluntarily dismisses Defendants Norio Takayama and Norio Takayama, M.D., Inc. without prejudice, in the above-referenced action. Neither Defendant has

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORIO TAKAYAMA & NORIO TAKAYAMA, M.D., INC.,
Case No. 1:05-CV-01319-REC-SMS

#755231

1

PDF created with pdfFactory trial version www.pdffactory.com

1 //
2 //
3 //
4 //
5 //
6 //
7 served or filed an answer or motion for summary judgment.
8 DATED: February 27, 2006

TRUCKER ö HUSS

By: /s/Clarissa A. Kang
Clarissa A. Kang
Attorneys for Plaintiff
Trudy G. Hemphill

IT IS SO ORDERED.

DATED:  ___3/2/06_____  ___/s/ ROBERT E. COYLE
Judge Robert E. Coyle

Trucker ö Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORIO TAKAYAMA & NORIO TAKAYAMA, M.D., INC., Case No. 1:05-CV-01319-REC-SMS

2

#755231

PDF created with pdfFactory trial version www.pdffactory.com