1 R. Bradford Huss, No. 71303
2 Robert F. Schwartz, No. 227327
3 Clarissa A. Kang, No. 210660
4 TRUCKER ö HUSS
5 A Professional Corporation
6 120 Montgomery Street, 23rd Floor
7 San Francisco, California  94104
8 Telephone:    (415) 788-3111
9 Facsimile:    (415) 421-2017
  E-mail:    lchavkin@truckerhuss.com

12 Attorneys for Plaintiff
13 TRUDY G. HEMPHILL

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| TRUDY G. HEMPHILL, | Case No. 1:05-CV-01319-REC-SMS |
|---|---|
| Plaintiff, | **PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME; ORDER** |
| vs. | |
| PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(K) PROFIT SHARING PLAN; NORIO TAKAYAMA; NORIO TAKAYAMA, M.D., INC. | |
| Defendants | |

Plaintiff Trudy G. Hemphill ("Plaintiff" or "Ms. Hemphill") applies for an order shortening the notice period for Plaintiff's Motion For Leave to Amend First Amended Complaint, filed on March 15, 2006 (the "Motion"), so that the Motion, which is currently noticed for April 28, 2006 may be heard in advance of the Case Scheduling Conference, which Plaintiff has requested be continued from March 22, 2006 to April 6, 2006.  Judicial economy and efficiency would be served by shortening the notice period for the Motion, and no parties would be prejudiced.

As explained in the Motion, a copy of which is attached hereto as Exhibit A, service has not yet been completed on any defendants (other than two defendants who have been voluntarily dismissed).  Service will be effective on defendant James J. Ryskamp, Jr., M.D., Inc. ("Ryskamp, Inc.") on March 20, 2006, but it is unclear whether any person or entity will respond on behalf of Ryskamp, Inc. until a Personal Representative of the Estate of James J. Ryskamp, Inc. is appointed.  A probate court hearing is scheduled for March 21, 2006 at which Plaintiff expects Judith Dickison Ryskamp to be appointed as Personal Representative, but the hearing has been continued in the past at Mrs. Ryskamp's request and Plaintiff is uncertain whether the hearing will proceed as scheduled.

No party will be prejudiced by an order shortening time, as no party has yet responded to the First Amended Complaint.  Judicial economy and efficiency will be served by shortening the notice period, in that Plaintiff will immediately serve all parties with a copy of the Second Amended Complaint, and the parties will then be able to meet and confer in preparation for a Scheduling Conference, which Plaintiff has requested be set for April 7, 2006.  Thus, shortening the notice period and granting Plaintiff's Motion will minimize costs to all parties, and will help move the case forward on the Court's docket.

DATED: March 15, 2006

TRUCKER ö HUSS

By: /s/ Robert F. Schwartz
Robert F. Schwartz
Attorneys for Plaintiff
TRUDY G. HEMPHILL

IT IS SO ORDERED:

PDF created with pdfFactory trial version www.pdffactory.com

1  That Plaintiff's Motion to Amend First Amended Complaint shall be heard on March 31,
2  2006 at 9:30 a.m. in Courtroom number 7 on the 6th floor before Judge Snyder.  Advanced from
3  the hearing date of April 28, 2006.

4  DATED: 3/17/2006

5  /s/ Sandra M. Snyder
   Sandra M. Snyder
6  United States Magistrate Judge