UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRUDY G. HEMPHILL, | ) | 1:05-CV-01319-REC-SMS |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING ON MOTION |
| v. | ) | FOR LEAVE TO FILE A SECOND |
| | ) | AMENDED COMPLAINT (DOC. 22) |
| PERSONAL REPRESENTATIVE OF THE | ) | **Vacated Hearing Date**: |
| ESTATE OF JAMES J. RYSKAMP, | ) | **March 31, 2006** |
| JR., et al., | ) | |
| | ) | ORDER DEEMING MOTION FOR LEAVE TO |
| Defendants. | ) | FILE A SECOND AMENDED COMPLAINT |
| | ) | SUBMITTED TO THE COURT |
| | ) | |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

On March 15, 2006, Plaintiff filed a motion for leave to amend/correct the first amended complaint which had been filed on January 4, 2006. The Court interprets this motion as a motion for leave to file a second amended complaint.

Reference to the motion reveals that service has not yet been completed on any defendants other than two defendants who have been voluntarily dismissed; further, it is not clear that Defendant James J. Ryskamp, Jr., M.D., Inc., which has been served, will respond because a personal representative of the

1

1  estate of James J. Ryskamp, Inc., has not yet been appointed. By
2  separate orders, Plaintiff's ex parte motion to advance the
3  hearing on this motion, and Plaintiff's request to continue the
4  scheduling conference, have been granted.
5      Pursuant to Rule 78-230(h) of the Local Rules of Practice
6  for the United States District Court, Eastern District of
7  California, the Court finds that the Plaintiff's motion for leave
8  to file a second amended complaint is a matter that may
9  appropriately be submitted upon the record and briefs, including
10 the Plaintiff's notice of motion and motion and memorandum of
11 points and authorities with exhibit.
12     Accordingly, the hearing on the motion, presently set for
13 March 31, 2006 IS VACATED, and the motion IS DEEMED SUBMITTED to
14 the Court for decision.
15 IT IS SO ORDERED.

**Dated:   March 27, 2006**                    **/s/ Sandra M. Snyder**
icido3                                         UNITED STATES MAGISTRATE JUDGE

2