4154212017  Trucker Huss    TruckerHuss, APC    02:11:57 p.m.   04-18-2006    2/3
Received Fax :    Apr 18 2006 12:53PM    Fax Station : Trucker Huss, APC

Case 1:05-cv-01319-OWW-SMS   Document 36   Filed 04/19/06   Page 1 of 2

APR-18-2006  12:40                                                       P.01

DONALD LESCOULIE (SBN 82278)
ATTORNEY AT LAW
7100 N. FINANCIAL DRIVE, SUITE 150
FRESNO, CA 93720
Telephone: (559) 432-9122
Facsimile: (559) 431-2267

FILED
APR 19 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

Attorney for Defendants
Personal Representative of the Estate of James J. Ryskamp, Jr.,
James J. Ryskamp, Jr., M.D., Inc.,
James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan;
Ryskamp-Takayama 401(K) Profit Sharing Plan;
and Judith Dickison Ryskamp, as an individual and as Trustee of the James J. Ryskamp, Jr. and
Judith Dickison Ryskamp Living Trust

LODGED
APR 18 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| TURDY G. HEMPHILL, | CASE NO. 1:05-CV-01319-REC-SMS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR., JAMES J. RYSKAMP, JR., M.D., INC., JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(K) PROFIT SHARING PLAN; JUDITH DICKISON RYSKAMP, as an individual and as TRUSTEE OF THE JAMES J. RYSKAMP, JR. AND JUDITH DICKISON RYSKAMP LIVING TRUST, | |
| Defendants. | |

The parties hereto stipulate to the entry of an order extending the time to and including April 27, 2006 to respond or make a motion to dismiss to the Second Amended Complaint for the defendants Personal Representative of the Estate of James J. Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr, M.D., Inc. 401(k) Profit Sharing Plan; Ryskamp-Takayama 401(K)

1

Stipulation and Order

4154212017   Trucker Huss        TruckerHuss, APC        02:12:34 p.m.   04-18-2006   3/3
Received Fax :    Apr 18 2006 12:53PM   Fax Station :   Trucker Huss, APC

Case 1:05-cv-01319-OWW-SMS   Document 36   Filed 04/19/06   Page 2 of 2

APR-18-2006  12:41                                                P.02

1  Profit Sharing Plan; and Judith Dickison Ryskamp.

2      This stipulation is made by the Plaintiff, who has appeared in the action, and the defendants,

3  who have not appeared yet in the action.

5  Dated: April 18, 2006      DONALD P. LESCOULIE

7  By: _____
   Donald Lescoulie
8  Attorney for Defendants
   Personal Representative of the Estate of James J.
9  Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc.,
   James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit
10 Sharing Plan; Ryskamp-Takayama 401(K) Profit
   Sharing Plan; and Judith Dickison Ryskamp, as an
11 individual and as Trustee of the James J. Ryskamp, Jr.
   and Judith Dickison Ryskamp Living Trust

14 Dated: April 18, 2006      TRUCKER ✦ HUSS

16 By: _____
   Clarissa A. Kang,
17 Attorney for Plaintiff
   Trudy G. Hemphill

21                     ORDER

22 IT IS SO ORDERED.

24 Dated: 4/19/06

   _____
   JUDGE SANDRA M. SNYDER
25 U.S. Magistrate Judge

28                       2