R. Bradford Huss, SBN 71303
Robert F. Schwartz, SBN 227327
Clarissa A. Kang, SBN 210660
Laura M. Chavkin, SBN 228724
TRUCKER ö HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:       ckang@truckerhuss.com

Attorneys for Plaintiff
Trudy G. Hemphill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL, | Case No. 1:05-CV-01319-OWW-SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(k) PROFIT SHARING PLAN; JUDITH DICKISON RYSKAMP, as an individual and as TRUSTEE OF THE JAMES J. RYSKAMP, JR. AND JUDITH DICKISON RYSKAMP LIVING TRUST, | |
| Defendants. | |

1

2        Plaintiff Trudy G. Hemphill and Defendants Personal Representative of the Estate of James

3 J. Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit

4 Sharing Plan, Ryskamp-Takayayama 401(k) Profit Sharing Plan, and Judith Dickison Ryskamp, as

5 an Individual and as Trustee of the James J. Ryskamp, Jr. and Judith Dickison Ryskamp Living

6 Trust, hereby stipulate and agree that the hearing on Defendants' Motion to Dismiss that is

7 currently scheduled for June 12, 2006 shall be taken off calendar and continued until June 26, 2006

8 at 10:00 a.m., due to the unavailability of Plaintiff's counsel for the June 12th date.

9

10 DATED: June 7, 2006         TRUCKER ö HUSS

11

12                              By: _____
                                Clarissa A. Kang
13                              Attorneys for Plaintiff
                                Trudy G. Hemphill

14 DATED: June 7, 2006         LAW OFFICES OF DONALD LESCOULIE
15

16                              By: _____
                                Donald Lescoulie
17                              Attorney for Defendants Personal Representative
                                of the Estate of James J. Ryskamp, Jr., James J.
18                              Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr.,
                                M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-
19                              Takayayama 401(k) Profit Sharing Plan, and
                                Judith Dickison Ryskamp, as an Individual and as
20                              Trustee of the James J. Ryskamp, Jr. and Judith
                                Dickison Ryskamp Living Trust

21

22

23                              **ORDER**

24 Pursuant to the foregoing stipulation of the parties, Defendants' Motion to Dismiss shall be taken

25 off the Court's calendar for June 12, 2006 and shall be continued until June 26, 2006, at 10:00 a.m.

26

27 IT IS SO ORDERED.

28

Trucker ö Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: __June 7, 2006___, 2006        By:   /s/ OLIVER W. WANGER
                                               Honorable Oliver W. Wanger
                                               United States District Court Judge

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND PROPOSED ORDER RE MOTION TO DISMISS
Case No. 1:05-CV-01319-OWW-SMS
#781621

3

PDF created with pdfFactory trial version www.pdffactory.com