IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>PERSONAL REPRESENTATIVE OF<br>THE ESTATE OF JAMES J.<br>RYSKAMP, JR., et al.,<br><br>　　　　　　Defendant. | No. CV-F-05-1319 OWW/SMS<br><br>ORDER AMENDING "ORDER<br>DENYING DEFENDANTS' MOTION<br>TO DISMISS" <u>NUNC PRO TUNC</u> |

　　　On July 6, 2006, plaintiff's counsel sent an e-mail to Courtroom Deputy Greg Lucas asserting that a typographical omission was made on page 28, lines 19-21 of the Order Denying Defendants' Motion to Dismiss filed on July 5, 2006. On July 7, 2006, Courtroom Deputy Lucas received an e-mail from defendants' counsel contending that no typographical omission had been made.

　　　The e-mails and the record have been reviewed. Plaintiff's assertion that a typographical omission was made in the Order is correct.

1

1     Therefore, the Order Denying Defendants' Motion to Dismiss
2 filed on July 5, 2006 as document no. 57 is amended <u>nunc pro tunc</u>
3 at page 28, lines 19-21.  The final sentence in the paragraph is
4 deleted.  Substituted therefore is the following sentence:
5 "Plaintiff did not receive a clear and continuing repudiation of
6 her right to benefits under the four plans."
7     In all other respects, the Order Denying Defendants' Motion to Dismiss remains in effect as filed. IT IS SO ORDERED.

**Dated:   July 7, 2006**                             **/s/ Oliver W. Wanger**
emm0d6                                                     UNITED STATES DISTRICT JUDGE

2