IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> PERSONAL REPRESENTATIVE OF ) <br> THE ESTATE OF JAMES J. ) <br> RYSKAMP, JR., et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CV-F-05-1319 OWW/SMS <br><br> ORDER DIRECTING PARTIES TO <br> FILE SUPPLEMENTAL BRIEFS |

One of the issues raised in Plaintiff's motion for summary adjudication involves the availability of relief against Defendant Judith Dickison Ryskamp in her capacity as the personal representative of the Estate of James J. Ryskamp, Jr.  Plaintiff contends that she is entitled to declaratory relief against Mrs. Ryskamp, citing California Probate Code § 9351.  Section 9351 provides:

> An action may not be commenced against a decedent's personal representative on a cause of action against the decedent, unless a

1

1            claim is first filed as provided in this part
2            and the claim is rejected in whole or in part.

3     Plaintiff filed this action on October 18, 2005. Named as a
4 defendant in the initial Complaint was the personal
5 representative of Dr. Ryskamp's estate. Mrs. Ryskamp was issued
6 letters testamentary by the Fresno County Superior Court on March
7 23, 2006. The Second Amended Complaint naming Mrs. Ryskamp as a
8 defendant was filed on March 29, 2006. Plaintiff filed her
9 creditor's claim against the estate in the Fresno County Superior
10 Court on May 10, 2006 and was denied by Mrs. Ryskamp thereafter.

11     The parties are directed to file supplemental briefs
12 discussing the effect, if any, of these facts on Plaintiff's
13 ability to obtain relief against Mrs. Ryskamp as the personal
14 representative of Dr. Ryskamp's estate.

15     Plaintiff's supplemental brief shall be filed on or before
16 December 22, 2006. Defendants' supplemental brief shall be filed
17 on or before December 29, 2006. All further proceedings shall be
18 by order of the court.

19 IT IS SO ORDERED.

20 **Dated:   December 14, 2006**              **/s/ Oliver W. Wanger**
    668554                                    UNITED STATES DISTRICT JUDGE

2