1  R. Bradford Huss, SBN 71303
2  Robert F. Schwartz, SBN 227327
3  Clarissa A. Kang, SBN 210660
4  TRUCKER ö HUSS
5  A Professional Corporation
6  120 Montgomery Street, 23rd Floor
7  San Francisco, California  94104
8  Telephone:    (415) 788-3111
9  Facsimile:    (415) 421-2017
   E-mail:       ckang@truckerhuss.com

12  Attorneys for Plaintiff
13  Trudy G. Hemphill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(k) PROFIT SHARING PLAN; JUDITH DICKISON RYSKAMP, as an individual and as TRUSTEE OF THE JAMES J. RYSKAMP, JR. AND JUDITH DICKISON RYSKAMP LIVING TRUST,<br><br>                    Defendants. | Case No. 1:05-CV-01319-OWW-SMS<br><br>**STIPULATION AND ORDER REGARDING CONTINUING THE DEADLINE FOR EXPERT DISCLOSURES TO 4/24/07 AND THE DEADLINE FOR SUPPLEMENTAL EXPERT DISCLOSURES TO 5/8/07** |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Trudy G. Hemphill and Defendants Personal Representative of the Estate of James J. Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-Takayayama 401(k) Profit Sharing Plan, and Judith Dickison Ryskamp, as an Individual and as Trustee of the James J. Ryskamp, Jr. and Judith Dickison Ryskamp Living Trust, hereby stipulate and agree to continue: (1) the deadline for parties to serve expert disclosures from the original date of March 28, 2007 (as set in the Court's August 6, 2006 Scheduling Order) to April 24, 2007 and (2) the deadline for parties to serve supplemental expert disclosures from the original date of April 27, 2007 to May 8, 2007.  No other court-ordered deadlines are affected by this stipulation.  The parties stipulate and agree to continue the deadlines regarding initial and supplemental disclosures of experts in order to attempt to engage in settlement negotiations while avoiding potentially unnecessary litigation expenses.

DATED: March 16, 2007                                       TRUCKER ö HUSS

                                                            By: /s/Clarissa A. Kang
                                                                Clarissa A. Kang
                                                                Attorneys for Plaintiff
                                                                Trudy G. Hemphill

DATED: March 16, 2007                                       LAW OFFICES OF DONALD LESCOULIE

                                                            By: /s/Donald Lescoulie (As authorized on 3/14/07)
                                                                Donald Lescoulie
                                                                Attorney for Defendants Personal Representative
                                                                of the Estate of James J. Ryskamp, Jr., James J.
                                                                Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr.,
                                                                M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-
                                                                Takayayama 401(k) Profit Sharing Plan, and
                                                                Judith Dickison Ryskamp, as an Individual and as
                                                                Trustee of the James J. Ryskamp, Jr. and Judith
                                                                Dickison Ryskamp Living Trust

**ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to the foregoing stipulation of the parties, the Court orders the deadline for expert
2  disclosures to be continued to April 24, 2007 and the deadline for supplemental expert disclosures
3  to be continued to May 8, 2007.
4  IT IS SO ORDERED.

6  DATED: 3/15/2007          By: /s/ Sandra M. Snyder
                                  Judge Sandra M. Snyder
7                                 United States Magistrate Judge

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California  94104

STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF DEADLINES FOR EXPERT
DISCLOSURES AND SUPPLEMENTAL EXPERT DISCLOSURES                                3
#839421

PDF created with pdfFactory trial version www.pdffactory.com