R. Bradford Huss, SBN 71303

Robert F. Schwartz, SBN 227327

Clarissa A. Kang, SBN 210660

TRUCKER ö HUSS

A Professional Corporation

120 Montgomery Street, 23rd Floor

San Francisco, California 94104

Telephone:     (415) 788-3111

Facsimile:     (415) 421-2017

E-mail:        ckang@truckerhuss.com

Attorneys for Plaintiff

Trudy G. Hemphill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL, | Case No. 1:05-CV-01319-OWW-SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING CONTINUING PRETRIAL AND TRIAL DEADLINES AND DATES, OR ALTERNATIVELY SETTING JOINT STATUS CONFERENCE** |
| PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(k) PROFIT SHARING PLAN; JUDITH DICKISON RYSKAMP, as an individual and as TRUSTEE OF THE JAMES J. RYSKAMP, JR. AND JUDITH DICKISON RYSKAMP LIVING TRUST, | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Trudy G. Hemphill and Defendants Personal Representative of the Estate of James J. Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-Takayayama 401(k) Profit Sharing Plan, and Judith Dickison Ryskamp, as an Individual and as Trustee of the James J. Ryskamp, Jr. and Judith Dickison Ryskamp Living Trust, hereby stipulate and agree to continue pretrial deadlines and the trial date in light of the fact that the Court has not yet issued its decision on Plaintiff's pending Motion for Summary Adjudication (filed on October 16, 2006), which the parties believe will facilitate a negotiated resolution of this matter. The parties have already expended considerable resources and conducted extensive discovery; however, they wish to attempt to resolve this matter through mediation or settlement conference prior to incurring additional costs to complete discovery and prepare expert disclosures. The current deadlines for disclosure of experts and discovery cut-off are April 24, 2007 and May 15, 2007, respectively. If the Court is not inclined to continue the case deadlines and dates as the parties have stipulated and agreed, the parties hereby request that the Court hold a status conference to discuss case deadlines.

The parties have discussed the possibility of resolving this action through settlement but are not able to resolve the action while the Motion for Summary Adjudication remains pending. The parties believe that a ruling on the Motion for Summary Adjudication will better inform the parties of the strengths and weaknesses of their respective settlement positions and will prompt fruitful settlement discussions. In order to attempt resolution of this litigation through settlement without incurring potentially unnecessary litigation expenses, the parties stipulate and agree to continue the deadlines and dates for expert disclosures, supplemental expert disclosures, discovery cut-off, non-dispositive motions, dispositive motions, settlement conference, pretrial conference, and trial for dates after the Court has decided the pending Motion for Summary Adjudication. The parties stipulate and agree to a continuance of the deadlines and dates as follows:

| Event | Existing Scheduled Date | [Proposed] Continued Date |
|---|---|---|
| Settlement Conference | 5/31/07, 10:00, Ctrm 9 | 30 days after the Court's ruling on the pending Motion for |

PDF created with pdfFactory trial version www.pdffactory.com

| | | Summary Adjudication (the "Ruling") |
|---|---|---|
| Expert Disclosures | 4/24/07 | 45 days after the Ruling |
| Supplemental Expert Disclosures | 5/8/07 | 65 days after the Ruling |
| Discovery Cut-Off | 5/15/07 | 80 days after the Ruling |
| Non-Dispositive Motion Filing Deadline | 5/30/07 | 95 days after the Ruling |
| Dispositive Motion Filing Deadline | 6/15/07 | 110 days after the Ruling |
| Pretrial Conference | 9/4/07, 11:00 Ctrm. 3 | 200 days after the Ruling |
| Trial Date | 10/30/07, 9:00, Ctrm 3 (4 days) | 260 days after the Ruling |

DATED: April 13, 2007                    TRUCKER ö HUSS

                                By: /s/Clarissa A. Kang
                                    Clarissa A. Kang
                                    Attorneys for Plaintiff
                                    Trudy G. Hemphill

DATED: April 13, 2007                    LAW OFFICES OF DONALD LESCOULIE

                                By: /s/Donald Lescoulie
                                    (as authorized on April 5, 2007)
                                    Donald Lescoulie
                                    Attorney for Defendants Personal Representative
                                    of the Estate of James J. Ryskamp, Jr., James J.
                                    Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr.,
                                    M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-
                                    Takayayama 401(k) Profit Sharing Plan, and
                                    Judith Dickison Ryskamp, as an Individual and as
                                    Trustee of the James J. Ryskamp, Jr. and Judith
                                    Dickison Ryskamp Living Trust

Trucker ö Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION & [PROPOSED] ORDER RE CONTINUANCE OF PRETRIAL AND TRIAL DEADLINES & DATES, OR ALTERNATIVELY SETTING STATUS CONFERENCE    3
#841472

**ORDER**

Pursuant to the foregoing stipulation of the parties, the Court orders a continuance of the pretrial deadlines and trial date as described in the above stipulation of the parties.

IT IS SO ORDERED.

The parties shall submit a stipulation with new dates after the Court's ruling on the Motion for Summary Judgment has been issued.

DATED: 4/12/07                                         /s/ Oliver W. Wanger
                                                                    Hon. Oliver W. Wanger
                                                                    United States District Judge

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

PDF created with pdfFactory trial version www.pdffactory.com