IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR., et al.<br><br>　　　　Defendants. | No. CV-F-05-1319 OWW/SMS<br><br>ORDER MODIFYING MEMORANDUM DECISION GRANTING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION |

　　　The Memorandum Decision Granting Plaintiff's Motion for Summary Adjudication filed on March 21, 2008 (Doc. 89) is hereby modified *nunc pro tunc*.

　　　Plaintiff sought an award of statutory penalties in the amount of $125,180.00. The Court intended, in the exercise of its discretion, to substantially reduce the award of statutory penalties for the reasons stated at page 43 of the Memorandum Decision. The Court inadvertently used an incorrect starting date, June 6, 1996, for the determination of the penalties. The

1

Court intended the start date for the calculation of statutory penalties to be September 3, 2003 and the end date to be September 25, 2005.  By the Court's calculation, this modification results in an award of statutory penalties in the amount of $37,650.00 (753 days x $50.00 per day).

ACCORDINGLY, the Memorandum Decision Granting Plaintiff's Motion for Summary Judgment is modified *nunc pro tunc* by deleting pages 43:14-44:3 and substituting:

> Plaintiff is entitled to an award of statutory penalties against the Plan administrator.  Plaintiff has been attempting since 1994 to obtain plan documents and information.  Plaintiff has had to hire counsel and file a lawsuit to obtain her ERISA rights and benefits.  However, some documents were provided.  Further, Plaintiff's requests for plan documents and information were made at widely spaced intervals and not followed up with diligence when no response or limited response was made.  The death of Dr. Ryskamp on September 25, 2005 is also a factor negating an award of statutory penalties in the amount sought by Plaintiff because, at his death, compliance with Plaintiff's demands and ERISA rights became tied up in the courts.  In the exercise of discretion, statutory penalties in the amount of $50.00 per day from September 3, 2003 to September 25, 2005 is awarded.  Plaintiff's motion for summary adjudication is GRANTED to this extent.

In all other respects, the Memorandum Decision Granting Plaintiff's Motion for Summary Adjudication remains unchanged.

IT IS SO ORDERED.

Dated:   April 8, 2008                     /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE