R. Bradford Huss, SBN 71303

Robert F. Schwartz, SBN 227327

Clarissa A. Kang, SBN 210660

TRUCKER ö HUSS

A Professional Corporation

120 Montgomery Street, 23rd Floor

San Francisco, California 94104

Telephone: (415) 788-3111

Facsimile: (415) 421-2017

E-mail: ckang@truckerhuss.com

Attorneys for Plaintiff

Trudy G. Hemphill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>    Plaintiff,<br><br>vs.<br><br>PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(k) PROFIT SHARING PLAN; JUDITH DICKISON RYSKAMP, as an individual and as TRUSTEE OF THE JAMES J. RYSKAMP, JR. AND JUDITH DICKISON RYSKAMP LIVING TRUST,<br><br>    Defendants. | Case No. 1:05-CV-01319-OWW-SMS<br><br>**STIPULATION AND ORDER REGARDING PRETRIAL DEADLINES AND TRIAL DATE** |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Trudy G. Hemphill and Defendants Personal Representative of the Estate of James J. Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-Takayayama 401(k) Profit Sharing Plan, and Judith Dickison Ryskamp, as an Individual and as Trustee of the James J. Ryskamp, Jr. and Judith Dickison Ryskamp Living Trust, hereby stipulate to certain pretrial deadlines and the trial date in light of the Court's issuance of its April 8, 2008 Order Granting Plaintiff's Motion for Summary Adjudication (Docket #93). The parties have scheduled a settlement conference before Magistrate Judge Synder on June 23, 2008 at 10:00 a.m.  In accordance with the Court's April 16, 2007 Order Regarding Continuing Pretrial and Trial Deadlines and Dates, or Alternatively Setting Joint Status Conference (Docket #88), the parties stipulate and agree to certain deadlines and dates as follows:

| Event | Continued Date |
|---|---|
| Settlement Conference | 6/24/08, 10:00 a.m., Magistrate Synder |
| Expert Disclosures | 7/23/08 |
| Supplemental Expert Disclosures | 8/13/08 |
| Discovery Cut-Off | 9/15/08 |
| Non-Dispositive Motion Filing Deadline | 9/30/08 |
| Dispositive Motion Filing Deadline | 10/10/08 |
| Pretrial Conference | 12/15/08 |
| Trial Date | 2/24/09 |

DATED: May 28, 2008                TRUCKER ö HUSS

                                              By:  /s/Clarissa A. Kang
                                              Clarissa A. Kang
                                              Attorneys for Plaintiff
                                              Trudy G. Hemphill

DATED: May 28, 2008                LAW OFFICES OF DONALD LESCOULIE

                                              By:  /s/Donald Lescoulie

PDF created with pdfFactory trial version www.pdffactory.com

(As authorized on May 28, 2008)
Donald Lescoulie
Attorney for Defendants Personal Representative of the Estate of James J. Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-Takayayama 401(k) Profit Sharing Plan, and Judith Dickison Ryskamp, as an Individual and as Trustee of the James J. Ryskamp, Jr. and Judith Dickison Ryskamp Living Trust

**ORDER**

Pursuant to the foregoing stipulation of the parties, the Court orders the Clerk to calendar the pretrial deadlines and trial date as described in the above stipulation of the parties.

IT IS SO ORDERED.

DATED: June 2, 2008                    By: /s/ OLIVER W. WANGER
                                            Hon. Oliver W. Wanger
                                            United States District Judge

Trucker ö Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION & [PROPOSED] ORDER RE PRETRIAL AND TRIAL DEADLINES & DATES
Case No. 1:05-CV-01319-OWW-SMS
#915501

3

PDF created with pdfFactory trial version www.pdffactory.com