R. Bradford Huss, SBN 71303
Robert F. Schwartz, SBN 227327
Clarissa A. Kang, SBN 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:   ckang@truckerhuss.com

Attorneys for Plaintiff
Trudy G. Hemphill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL, | Case No. 1:05-CV-01319-OWW-SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING HEARING ON PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH 4/8/08 ORDER AND FOR SANCTIONS** |
| PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(k) PROFIT SHARING PLAN; JUDITH DICKISON RYSKAMP, as an individual and as TRUSTEE OF THE JAMES J. RYSKAMP, JR. AND JUDITH DICKISON RYSKAMP LIVING TRUST, | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER RE MOTION TO COMPEL
Case No. 1:05-CV-01319-OWW-SMS
#930281

1

Plaintiff Trudy G. Hemphill and Defendants Personal Representative of the Estate of James J. Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-Takayayama 401(k) Profit Sharing Plan, and Judith Dickison Ryskamp, as an Individual and as Trustee of the James J. Ryskamp, Jr. and Judith Dickison Ryskamp Living Trust, hereby stipulate and agree that the hearing on Plaintiff's Motion to Compel Compliance with 4/8/08 Order and for Sanctions that is currently scheduled for July 28, 2008 shall be taken off calendar and continued until October 27, 2008 at 10:00 a.m. to allow the parties to complete a further settlement conference, which is scheduled for August 7, 2008 before Magistrate Judge Snyder.

DATED: July 21, 2008                TRUCKER ✦ HUSS

                                    By: /s/Clarissa A. Kang
                                        Clarissa A. Kang
                                        Attorneys for Plaintiff
                                        Trudy G. Hemphill

DATED: July 21, 2008                LAW OFFICES OF DONALD LESCOULIE

                                    By: /s/Donald Lescoulie
                                        (As authorized on July 21, 2008)
                                        Donald Lescoulie
                                        Attorney for Defendants Personal Representative
                                        of the Estate of James J. Ryskamp, Jr., James J.
                                        Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr.,
                                        M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-
                                        Takayayama 401(k) Profit Sharing Plan, and
                                        Judith Dickison Ryskamp, as an Individual and as
                                        Trustee of the James J. Ryskamp, Jr. and Judith
                                        Dickison Ryskamp Living Trust

**ORDER**

Pursuant to the foregoing stipulation of the parties, Defendants' Motion to Compel Compliance with 4/8/08 Order and for Sanctions shall be taken off the Court's calendar for July 28, 2008 and shall be continued until October 27, 2008, at 10:00 a.m.

1

2  IT IS SO ORDERED.

3

4  DATED: July 22, 2008            By:  /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
5                                       United States District Court Judge

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND PROPOSED ORDER RE MOTION TO COMPEL       3
Case No. 1:05-CV-01319-OWW-SMS
#930281