1   R. Bradford Huss, SBN 71303

2   Robert F. Schwartz, SBN 227327

3   Clarissa A. Kang, SBN 210660

4   TRUCKER ಠ HUSS

5   A Professional Corporation

    120 Montgomery Street, 23rd Floor

6   San Francisco, California  94104

7   Telephone:     (415) 788-3111

8   Facsimile:     (415) 421-2017

9   E-mail:        ckang@truckerhuss.com

10

11

12  Attorneys for Plaintiff

13  Trudy G. Hemphill

14

15              UNITED STATES DISTRICT COURT

16             EASTERN DISTRICT OF CALIFORNIA

17

18  TRUDY G. HEMPHILL,                 Case No. 1:05-CV-01319-OWW-SMS

19              Plaintiff,             **INFORMATIONAL ORDER**
                                       **REGARDING SETTLEMENT**
20      vs.

21  PERSONAL REPRESENTATIVE OF THE
    ESTATE OF JAMES J. RYSKAMP, JR.;
22  JAMES J. RYSKAMP, JR., M.D., INC.;
    JAMES J. RYSKAMP, JR., M.D., INC.
23  401(k) PROFIT SHARING PLAN;
    RYSKAMP-TAKAYAMA 401(k) PROFIT
24  SHARING PLAN; JUDITH DICKISON
    RYSKAMP, as an individual and as
25  TRUSTEE OF THE JAMES J. RYSKAMP,
    JR. AND JUDITH DICKISON RYSKAMP
26  LIVING TRUST,

27              Defendants.

28

Trucker ಠ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

[PROPOSED] INFORMATIONAL ORDER RE SETTLEMENT                    1
Case No. 1:05-CV-01319-OWW-SMS
3349.002 #948152

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Trudy G. Hemphill brought this action against Defendants Personal Representative of the Estate of James J. Ryskamp, Jr., James J. Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-Takayayama 401(k) Profit Sharing Plan, and Judith Dickison Ryskamp, as an Individual and as Trustee of the James J. Ryskamp, Jr. and Judith Dickison Ryskamp Living Trust, as a result of a dispute between the parties regarding the interpretation of the Stipulated Qualified Domestic Relations Order ("QDRO") and Orders on Issues Reserved Under Bifurcated Judgment of Dissolution of Marriage (the "Bifurcation Orders") entered on August 11, 1994 in the divorce proceeding between Ms. Hemphill and James J. Ryskamp, Jr. (Superior Court of California, County of Fresno, Case No. 442527-8) (the "Hemphill-Ryskamp Divorce Proceeding").

The QDRO awarded Ms. Hemphill $50,000.00 of Dr. Ryskamp's interest in the Ryskamp-Takayama 401(k) Profit Sharing Plan and all of the rights and election privileges afforded to participants in that plan, including the right to direct her investments of her plan account. The Bifurcation Orders confirmed Ms. Hemphill's right to the $50,000.00 described in the QDRO as well as her vested right, as a participant, to $5,668.00 in the James J. Ryskamp, Jr., M.D., Inc. Money Purchase Pension Plan or its successor, $2,661.00 in the James J. Ryskamp, Jr., M.D., Inc. Profit Sharing Plan or its successor, $4,600.00 in the Ryskamp-Pollack Pension and Profit Sharing Plans or its successor. The James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan (the "Plan") is the successor to the Ryskamp-Takayama Plan, the James J. Ryskamp, Jr., M.D., Inc. Money Purchase Pension Plan, the James J. Ryskamp, Jr., M.D., Inc. Profit Sharing Plan, and the Ryskamp-Pollack Pension and Profit Sharing Plans. Plaintiff sought to resolve several issues related assigned and confirmed benefits of the QDRO and Bifurcation Orders through the action in this Court against the Plan, including (a) the time by which she could receive a distribution from the Plan and (b) whether she was entitled to earnings from the Plan on the amounts assigned and confirmed to Ms. Hemphill by Dr. Ryskamp pursuant to the QDRO and Bifurcation Orders.

On August 7, 2008, all parties in this action agreed to a settlement before this Court that resolved the parties' dispute regarding Ms. Hemphill's rights under the QDRO and Bifurcation Orders and clarified the QDRO and Bifurcation Orders. Included in the settlement are the

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

[PROPOSED] INFORMATIONAL ORDER RE SETTLEMENT
Case No. 1:05-CV-01319-OWW-SMS
3349.002.#948152

2

following terms: (1) The Plan shall provide Ms. Hemphill with a rollover distribution of benefits totaling $269,329.08 to an individual retirement account of her designation, reflecting Ms. Hemphill's current entitlement to the benefits described in the QDRO and Bifurcation Orders, including earnings, and (2) Defendants shall pay directly to Ms. Hemphill's attorneys, Trucker ö Huss, the amount of $155,670.92 in attorney's fees and costs, which were incurred in connection with Plaintiff's efforts to clarify and ultimately amend the QDRO and Bifurcation Orders that were issued in the Hemphill-Ryskamp Divorce Proceeding.

The parties have agreed to this Informational Order for the purposes of allowing Ms. Hemphill to submit the Information Order to the Superior Court in the Hemphill-Ryskamp Divorce Proceeding so that the Superior Court can adopt the Information Order as an order and thereby clarify and amend the QDRO and Bifurcation Orders to reflect the settlement that was reached in the action in this Court (which, this Court finds, regarded matters that emanated from, and were therefore related to, the Hemphill-Ryskamp Divorce Proceeding).

The Court directs Ms. Hemphill to file this Informational Order in the Superior Court and the Court requests that, upon its receipt of this Information Order, the Superior Court effectuate clarification and/or amendment of the QDRO and Bifurcation Orders by adopting this Information Order as its own order.

IT IS SO ORDERED.

DATED: November  4 ,  2008          By:    /s/ Sandra M. Snyder
                                              Honorable Sandra M. Snyder
                                              United States Magistrate Judge

Approved as to Content and Form:

DATED: October 29, 2008             TRUCKER ö HUSS


                                    By: /s/ Clarissa A. Kang
                                        Clarissa A. Kang
                                        Attorneys for Plaintiff
                                        Trudy G. Hemphill


DATED: October 30, 2008             LAW OFFICES OF DONALD LESCOULIE


                                    By: /s/Donald Lescoulie

Trucker ö Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

PDF created with pdfFactory trial version www.pdffactory.com

(As authorized on October 30, 2008)
Donald Lescoulie
Attorney for Defendants Personal Representative
of the Estate of James J. Ryskamp, Jr., James J.
Ryskamp, Jr., M.D., Inc., James J. Ryskamp, Jr.,
M.D., Inc. 401(k) Profit Sharing Plan, Ryskamp-
Takayayama 401(k) Profit Sharing Plan, and
Judith Dickison Ryskamp, as an Individual and as
Trustee of the James J. Ryskamp, Jr. and Judith
Dickison Ryskamp Living Trust

DATED: October 31, 2008                    LAW OFFICES OF DAVID J. ST. LOUIS, INC.


By:   /s/David J. St. Louis
      (As authorized on October 31, 2008)
      David J. St. Louis
      Attorney for the Estate of James Jr. Ryskamp, Jr.

[PROPOSED] INFORMATIONAL ORDER RE SETTLEMENT
Case No. 1:05-CV-01319-OWW-SMS
3349.002.#948152

4

PDF created with pdfFactory trial version www.pdffactory.com