DONALD LESCOULIE (SBN 82278)
ATTORNEY AT LAW
7100 N. FINANCIAL DRIVE, SUITE 105
FRESNO, CA 93720
Telephone: (559) 432-9122
Facsimile:  (559) 431-2267

Attorney for Defendants
Personal Representative of the Estate of James J. Ryskamp, Jr.,
James J. Ryskamp, Jr., M.D., Inc.,
James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan;
Ryskamp-Takayama 401(K) Profit Sharing Plan;
and Judith Dickison Ryskamp, as an individual and as Trustee of the James J. Ryskamp, Jr. and
Judith Dickison Ryskamp Living Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>                    Plaintiff,<br><br>vs.<br><br>PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR., JAMES J. RYSKAMP, JR., M.D., INC., JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(K) PROFIT SHARING PLAN; JUDITH DICKISON RYSKAMP, as an individual and as TRUSTEE OF THE JAMES J. RYSKAMP, JR. AND JUDITH DICKISON RYSKAMP LIVING TRUST,<br><br>                    Defendants. | CASE NO. 1:05-CV-01319-OWW-SMS<br><br>STIPULATION AND ORDER |

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | **STIPULATION**

2

3 |      Plaintiff Trudy Hemphill, represented by Robert Schwartz and Clarissa Kang of Trucker

4 | Huss, and the defendants represented by Donald Lescoulie:

5 |      Hereby stipulate by and through their respective counsel, and David J. St. Louis, attorney

6 | for the Estate of James J. Ryskamp and Judith Ryskamp, Executrix, as follows:

7 |      Pursuant to the settlement between Ms. Hemphill and Defendants before the Court dated

8 | and placed on the record on August 7, 2008 and for the limited purpose of perfecting the

9 | settlement, Judith Ryskamp is hereby appointed Special Plan Administrator of the following

10 | 401K Plans of James J. Ryskamp, M.D., Inc.:

11 |      1.     James J. Ryskamp, Jr., M.D. 401K Profit Sharing Plan;

12 |      2.     Ryskamp Takayama 401K Profit Sharing Plan;

13 |      With all powers conferred by law in order to properly effect transfers to Hemphill as a

14 | Plan Beneficiary.

15

16 |      By:

17 |      Trucker Huss

18

19 |      _____/s/ Clarissa Kang_____
     CLARISS KANG, Attorney
     For Plaintiff, TRUDY HEMPHILL

20

21 |      _____/s/ Donald Lescoulie_____
     DONALD LESCOULIE, Attorney

22 |      For Defendants

23

24 |      _____/s/ David J. St. Louis_____
     DAVID J. ST. LOUIS, Attorney
     For The Estate of James J. Ryskamp, M.D.

25

26

27

28

2

Stipulation and Order

1

**ORDER**

2

Pursuant to the foregoing Stipulation, IT IS SO ORDERED:

3

4

Dated:   11/4/2008           /s/ Sandra M. Snyder
                             U.S. Magistrate Judge
                             SANDRA M. SNYDER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order