IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRUDY G. HEMPHILL, | ) | No. CV-F-05-1319 OWW/SMS |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER DENYING PLAINTIFF'S |
| Plaintiff, | ) | MOTION TO COMPEL COMPLIANCE |
| | ) | WITH 4/8/08 ORDER AND FOR |
| vs. | ) | SANCTIONS (Doc. 103) WITHOUT |
| | ) | PREJUDICE |
| | ) | |
| PERSONAL REPRESENTATIVE OF | ) | |
| ESTATE OF JAMES J. RYSCAMP, | ) | |
| JR., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's motion to compel compliance with the Court's April 8, 2008 Order and For Sanctions, (Doc. 103), is DENIED WITHOUT PREJUDICE for administrative reasons. If the case is not settled pursuant to ongoing settlement discussions, Plaintiff may re-notice the motion in accordance with the Court's law and motion practice.

IT IS SO ORDERED.

Dated:   March 17, 2009              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1