R. Bradford Huss, SBN 71303
Robert F. Schwartz, SBN 227327
Clarissa A. Kang, SBN 210660
TRUCKER ö HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:       ckang@truckerhuss.com

Attorneys for Plaintiff
Trudy G. Hemphill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES J. RYSKAMP, JR.; JAMES J. RYSKAMP, JR., M.D., INC.; JAMES J. RYSKAMP, JR., M.D., INC. 401(k) PROFIT SHARING PLAN; RYSKAMP-TAKAYAMA 401(k) PROFIT SHARING PLAN; JUDITH DICKISON RYSKAMP, as an individual and as TRUSTEE OF THE JAMES J. RYSKAMP, JR. AND JUDITH DICKISON RYSKAMP LIVING TRUST,<br><br>                    Defendants. | Case No. 1:05-CV-01319-OWW-SMS<br><br>**ORDER GRANTING IN PART PLAINTIFF TRUDY G. HEMPHILL'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT AND FOR SANCTIONS**<br><br>Date:    December 14, 2009<br>Time:   10:00 a.m.<br>Judge:  Honorable Oliver W. Wanger |

Plaintiff Trudy G. Hemphill's Motion for Enforcement of Settlement Agreement and for Sanctions came on for hearing before this Court on December 14, 2009. Robert F. Schwartz and Clarissa A. Kang appeared on behalf of Plaintiff. Donald P. Lescoulie appeared on behalf of all Defendants. David St. Louis appeared on behalf of the Estate of James J. Ryskamp, Jr. The Court granted in part Plaintiff's motion by requiring immediate performance by all Defendants of the settlement (the "Settlement") the parties reached on August 7, 2008, which was confirmed by the

PDF created with pdfFactory trial version www.pdffactory.com

Court's November 5, 2008 Informational Order (Docket #130) and the Fresno County Superior Court's February 3, 2009 Stipulation and Order, and which is now further confirmed and amplified by this Order.  The Court hereby orders the following specific relief:

1. **All Defendants** in this action shall immediately cooperate with and direct Wells Fargo Advisors, Wells Fargo Bank, and/or Wells Fargo Securities; American Stock Transfer and Trust Company, LLC; Petrohawk Energy Corporation; and the Defendants' and the aforementioned entities' respective attorneys and agents to take **any and all** steps necessary to immediately make or cause to be made the following Settlement payments:  first, a rollover distribution of $269,329.08 from assets of the James J. Ryskamp, Jr., M.D., Inc. 401(k) Profit Sharing Plan and/or the Ryskamp-Takayama 401(k) Profit Sharing Plan (collectively, the "Plan") to the individual retirement account designated by Plaintiff's counsel (the "IRA"); and second, payment to Plaintiff's attorneys, Trucker Huss, of $155,670.92.

2. In effectuating the rollover distribution to Plaintiff, the Defendants shall, no later than Friday, December 18, 2009, distribute all Plan assets that exist in cash or other liquid assets on that date, in an amount up to $269,329.08, to the IRA, via wire transfer.  David St. Louis represented on November 12, 2009 in his declaration (Docket #142) that the Defendants had "previously deposited $212,018" in the Plan bank account.  It is therefore the Court's expectation that an amount no less than $212,018 shall be distributed via a wire transfer to the IRA by December 18, 2009.

3. If, on December 18, 2009, the Plan's liquid assets exceed $269,329.08, Defendants shall pay such excess amounts to Trucker Huss, up to $155,670.92.

4. Defendant Judith Dickison Ryskamp, in her individual capacity and as Personal Representative of the Estate of James J. Ryskamp, Jr., is hereby ordered to immediately take any and all steps necessary to obtain the Fresno County Superior Court's approval of the Settlement, and to obtain an order from such court authorizing and ordering the payment from assets of the Estate of James J. Ryskamp, Jr., of any remaining amounts necessary to fund the Settlement after all Plan assets have been exhausted.  To the extent necessary to complete the $269,329.08 rollover

PDF created with pdfFactory trial version www.pdffactory.com

distribution, such amounts shall be paid into the Plan account and then immediately rolled over to the IRA.  Amounts payable to Trucker Huss need not be paid into the Plan account.

5.  Defendants and their counsel, David St. Louis and Donald Lescoulie, shall electronically file with the Court a report no later than December 18, 2009, confirming that all liquid Plan assets have been distributed in accordance with this Order, and that Defendant Judith Dickison Ryskamp, Personal Representative of the Estate of James J. Ryskamp, Jr., has complied with Paragraph 4 of this Order.  The report shall include a **detailed** description of all efforts undertaken by Defendants and Defendants' counsel in accordance with this Order.

6.  Immediately upon obtaining approval of the Settlement from the Fresno County Superior Court, the Personal Representative shall complete any remaining Settlement Payments with assets of the Estate of James J. Ryskamp, Jr.  If the Personal Representative fails or is unable to obtain approval of the Settlement by December 30, 2009, then Judith Dickison Ryskamp, in her individual capacity, shall immediately fund the remainder of the Settlement.

7.  If Plaintiff files the appropriate motion for execution and enforcement of settlement as to Wells Fargo Advisors, Wells Fargo Bank, and/or Wells Fargo Securities; American Stock Transfer and Trust Company, LLC; Petrohawk Energy Corporation and their attorneys and agents, for an order that these non parties immediately: (a) remove all restrictions on the 10,075 total common shares (certificates HAW #2040 (3388 shares), HAW #2041 (5000 shares), and HAW #2042 (1687 shares)) and 5500 preferred shares (certificate #0000254) of Petrohawk Energy Corporation held by the Plan (or by James J. Ryskamp, Jr., or his Estate); (b) to the extent necessary to allow immediate liquidation, reissue share certificates without restrictions; (c) sell, liquidate, and/or cash out all shares; (d) deposit all proceeds into the Plan account at Wells Fargo Advisors (account number 2447-9908); and (e) use such assets to the extent necessary to complete the rollover distribution totaling $269,329.08 to the IRA and payments totaling $155,670.92 to Trucker Huss.

8.  Defendants shall make performance of Settlement their top priority and shall perform their obligations immediately.  If Defendants encounter any impediments to their immediate performance, they shall inform the Court and Plaintiff of such impediment.

PDF created with pdfFactory trial version www.pdffactory.com

9. The Court hereby continues the hearing on Plaintiff's Motion for Enforcement of Settlement Agreement and For Sanction to January 4, 2010 at 11:30 a.m., at which time Plaintiff's request for sanctions and attorney's fees will be considered. Plaintiff and all Defendants shall file a brief status report no later than December 30, 2009.

10. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement, as confirmed and supplemented by the Informational Order entered on November 5, 2008, and by Fresno County Superior Court's February 3, 2009 Stipulation and Order, and now as amplified by this Order.

IT IS SO ORDERED.

DATED: December 16, 2009

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com