1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7               EASTERN DISTRICT OF CALIFORNIA

8

9  TRUDY G. HEMPHILL,           )      No. CV-F-05-1319 OWW/SMS
                                )
10                              )      ORDER TO SHOW CAUSE WHY
                                )      ACTION SHOULD NOT BE
11              Plaintiff,      )      DISMISSED AS SETTLED AND
                                )      JUDGMENT FOR PLAINTIFF
12         vs.                  )      ENTERED
                                )
13                              )
   PERSONAL REPRESENTATIVE OF   )
14 THE ESTATE OF JAMES J.       )
   RYSKAMP, et al.,             )
15                              )
                                )
16              Defendants.     )
                                )
17 _____)

18      Within five (5) court days, Plaintiff is ordered to file a

19 pleading showing cause why this action should not be dismissed as

20 settled and judgment for Plaintiff entered.

21      IT IS SO ORDERED.

22 **Dated:   July 14, 2010**            _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE
23

24

25

26

                              1