UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY G. HEMPHILL,<br><br>           Plaintiff,<br><br>   v.<br><br>PERSONAL REPRESENTATIVE OF<br>THE ESTATE OF JAMES J. RYSKAMP,<br>et al.<br><br>           Defendant. | 1:05-cv-01319 OWW SMS<br><br>ORDER DISMISSING ACTION |

The parties in this matter having previously notified the court that a settlement had been reached in this matter.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:    August 20, 2010**                    **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1